COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:      01-12-00881-CV

Style:      New Process Steel, L.P. and The Alta Fay and Eugene R. Fant Children's Trust of 1978 Number One

**v** John S. Beeson, Individually and as Trustee and Centerpoint Energy Houston Electric, LLC

Date motion filed[*]:      January 02, 2013

Type of motion:      Extension of time to file reporters record filed

Party filing motion:      Court Reporter

Document to be filed:      Reporter's Record

Is appeal accelerated? No

If motion to extend time:

     Original due date:      10-29-12

     Number of previous extensions granted:      -3-      Current Due date: 1-2-13

     Date Requested:      1-29-13

Ordered that motion is:

     ☑      Granted

     If document is to be filed, document due: January 29, 2013

     ☑    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

_____

_____

_____

Judge's signature:/s/ Sherry Radack _____

     ☑ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: January 30, 2013

November 7, 2008 Revision